# SUPREME COURT OF HAWAI'I

**April 13, 1998**

| 20643 | State v. Hachmeister | Affirmed |
|-------|----------------------|----------|

**April 14, 1998**

| 19825 | Makahiki Nui Management Corp. v. Curado | Affirmed |
|-------|------------------------------------------|----------|

**April 20, 1998**

| 20470 | Hirano v. State | Affirmed |
|-------|-----------------|----------|
| 20290 | State v. Freeman | Affirmed |
| 20259 | State v. Horton | Affirmed |

**April 21, 1998**

| 19815 | State v. Robinson | Vacated |
|-------|-------------------|---------|

**April 30, 1998**

| 20392 | State v. Kehano | Reversed |
|-------|-----------------|----------|
| 20625 | State v. Robin | Affirmed |